UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REASON FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>    Defendants. | Civil Action No. 23-0440 (CRC) |

## JOINT STATUS REPORT

Plaintiff Reason Foundation and Defendants Federal Bureau of Prisons ("BOP") and Department of Justice, Office of Information Policy ("OIP"), by and through its attorneys, file this joint status report.

This is a suit under the Freedom of Information Act, 5 U.S.C. § 552, where Plaintiff requests records of mortality reviews from two BOP institutions: FMC Carswell and FCI Aliceville.

Defendants have produced all responsive records and provided Plaintiff with a sample *Vaughn* index. Plaintiff still disputes redactions under Exemptions 5, 6, and 7(C) for all records. The parties are continuing to confer in good faith about narrowing the scope of disputed redactions. The parties believe that they will have to brief the issue and propose the following summary judgment schedule:

Defendants' motion for summary judgment ......................................... Friday, September 29, 2023

Plaintiff's cross motion and opposition ............................................. Monday, November 13, 2023

Defendants' reply and opposition ............................................................ Friday, December 8, 2023

Plaintiff's reply ............................................................................................ Friday, January 12, 2023

\* \* \*

Date: July 26, 2023
	Washington, DC

*/s/ Deborah M. Golden*
Deborah M. Golden, D.C. Bar #470578
The Law Office of Deborah M. Golden
700 Pennsylvania Ave. SE, 2nd Floor
Washington, D.C. 20003
Telephone: (202) 630-0332
dgolden@debgoldenlaw.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Sam Escher*
	SAM ESCHER, D.C. Bar #1655538
	Assistant United States Attorney
	601 D Street, N.W.
	Washington, D.C. 20530
	(202) 252-2531
	Sam.Escher@usdoj.gov

*Attorneys for United States of America*

2