UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REASON FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>    Defendants. | Civil Action No. 23-0440 (CRC) |

## JOINT STATUS REPORT

Plaintiff Reason Foundation and Defendants Federal Bureau of Prisons ("BOP") and Department of Justice, Office of Information Policy ("OIP"), by and through its attorneys, file this joint status report.

This is a suit under the Freedom of Information Act, 5 U.S.C. § 552, where Plaintiff requests records of mortality reviews from two BOP institutions: FMC Carswell and FCI Aliceville. Defendants have produced all responsive records and provided Plaintiff with a sample *Vaughn* index. Plaintiff still disputes redactions under Exemption 5. The parties are continuing to confer in good faith about narrowing the scope of disputed redactions. The parties believe that they will have to brief the issue and propose the following summary judgment schedule:

Defendants' motion for summary judgment ............................................ Thursday, January 25, 2024

Plaintiff's cross motion and opposition ................................................ Thursday, February 22, 2024

Defendants' reply and opposition ............................................................ Thursday, March 21, 2024

Plaintiff's reply ......................................................................................... Thursday, April 18, 2024

| | |
|---|---|
| Date:   November 27, 2023 | Respectfully submitted, |
| */s/ Deborah M. Golden* | MATTHEW M. GRAVES, D.C. Bar #481052 |
| Deborah M. Golden, D.C. Bar #470578 | United States Attorney |
| The Law Office of Deborah M. Golden | |
| 700 Pennsylvania Ave. SE, 2nd Floor | BRIAN P. HUDAK |
| Washington, D.C. 20003 | Chief, Civil Division |
| Telephone: (202) 630-0332 | |
| dgolden@debgoldenlaw.com | By:       */s/ Sam Escher* |
| | SAM ESCHER, D.C. Bar #1655538 |
| *Counsel for Plaintiff* | Assistant United States Attorney |
| | 601 D Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 252-2531 |
| | Sam.Escher@usdoj.gov |
| | |
| | *Attorneys for United States of America* |

2