BP-A0563
JUN 10

**MULTI-LEVEL MORTALITY REVIEW**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

Date: 04/11/2018
To: Quality Assurance
From: FCI Aliceville
Subject: Inmate Ofume, Rosemary #65124-019

Inst: FCI Aliceville
Name: Rosemary Ofume    Reg. #: 65124-019
DOD: 03/21/2018   DOB: ▇▇/1958   Age: 59   Sex: F   Race: Black

Place of Death:  __ Inst.  ✓ Community Hospital  __ OTHER
Name of community hospital: Pickens County Medical Center

Nature of Death:  __ Natural (chronic)   ✓ Natural (Acute)
__ Accidental: _____
__ Homicide
__ Suicide  (Method) _____

Cause(s) of Death:
Cardiac Arrest

**NARRATIVE SUMMARY:** (Should include components below)

**Date of admission** to the _____ 03/07/2018
__ New commit   ✓ Transfer from  USM Robert A Dayton Det   _____ Holdover

Status: __ Inpatient at: ✓ Inst.   __ Community Hospital   ✓ Outpatient

**Admitting**
1. Cardiac Arrest
2. _____
3. _____
4. _____
(Pls. continue on supplementary page if necessary)

**Past diagnosis:**
1. Hypertension
2. Anxiety Disorder
3. Unspecified mood [affective] disorder
4. _____
(Pls. continue on supplementary page if necessary)

**Significant mental health**   __(Yes)  ✓ (No)  __(NA)
Include specific information as relevant to death:

_____
_____
_____

Name: _____Rosemary Ofume_____    Reg. #: _____65124-019_____    DOB: ___████/1958___

**Admitting diagnosis:(continue)**

intentionally left blank

**Past diagnosis: (Continue)**

intentionally left blank

Description of course of illness (past and present) and cause of the death in sufficient detail to indicate circumstances of death, including treatment, medications, diagnostic testing, etc. Give findings of diagnostic exams. Insert pages in this section as required.

| | | | |
|---|---|---|---|
| Intake Screening History and Physical present? | ✓ Yes | ___ No | ___ NA |
| Date of most recent History and Physical | 09/13/2017 | | |
| Timeliness of Diagnostic and Treatment regimes? | (b)(5) | | |
| Discharge summary from Attending M.D. on chart | | | |
| Institution | ___ Yes | ___ No | ✓ NA |
| Community Hospital | ✓ Yes | ___ No | ___ NA |
| Autopsy | ✓ Yes | ___ No | ___ NA |
| Toxicology | ___ Yes | ✓ No | ___ NA |
| Death Certificate Available | ___ Yes | ✓ No | ___ NA |

**INSTITUTION MEDICAL CARE REVIEW:**

| | | | |
|---|---|---|---|
| Severity of illness at time of admission to hospital / Health Services Unit | ✓ Critical | ___ Stable | ___ Unknown |
| Prognosis on admission to hospital / health Services Unit | ✓ Poor | ___ Good | ___ NA |
| Were diagnostic procedures appropriate and timely | (b)(5) | | |
| Was treatment appropriate to diagnosis and instituted timely | | | |
| Prognosis with treatment | ✓ Poor | ___ Good | ___ Unknown |
| Any complications adversely affecting outcome: Describe briefly _____ | ___ Yes | ✓ No | |

Was treatment appropriate to complication
Surgical Procedures (list) _____

(b)(5)

___ Yes   ___ No   ✓ NA

Appropriate pre-operative evaluation completed, including lab, physical exam, updated history

(b)(5)

| | | | |
|---|---|---|---|
| Complications related to surgical procedures (describe) _____ | ___ Yes | ___ No | ✓ NA |
| Prognosis following surgical procedure | ___ Poor | ___ Good | ___ Unknown |
| Patient compliant with treatment / medications | ✓ Yes | ___ No | ✓ NA |

3

PDF                               Prescribed by P6013

| | | | |
|---|---|---|---|
| Discussion with patient or patient's family regarding prognosis | ___Yes | ___No | ✓ NA |
| DNR order | ___Yes | _____ Date | ✓ No |
| Advance Directive / Living Will | ___Yes | ✓ No | ___NA |

**LOCAL COMMUNITY HOSPITALIZATIONS ONLY:**

| | | | |
|---|---|---|---|
| Type of admission | ___Routine | ✓ Emergent | ___Other |
| Method of transportation appropriate to patient condition | (b)(5) | | |
| Severity of condition at time of admission to local hospital | ✓ Critical | ___Stable | ___Unknown |
| Prognosis on admission to local hospital | ✓ Poor | ___Good | ___Unknown |
| Were diagnostic procedures appropriate and timely | (b)(5) | | |
| Was treatment appropriate to diagnosis and instituted timely | | | |
| Prognosis with treatment | ✓ Poor | ___Good | ___Unknown |
| Any complications adversely affecting outcome: (describe briefly) _____ | (b)(5) | | |

_____
_____

Was treatment appropriate to complication        (b)(5)
Surgical Procedures (list) _____        ___Yes        ___No

_____
_____

Appropriate pre-operative evaluation completed,        (b)(5)
including lab, physical exam, updated history

Complications related to surgical procedures        ___Yes        ___No
Describe _____

_____
_____

| | | | |
|---|---|---|---|
| Prognosis following surgical procedure | ___Poor | ___Good | ___Unknown |
| Patient compliant with treatment / medications | ___Yes | ___No | ✓ NA |
| Discussion with patient or patient's family regarding patient prognosis | ___Yes | ___No | ✓ NA |

4

DNR order                                  ____Yes  _____  ✓ No
                                                     Date

Advance Directive / Living Will            ____Yes  _____  ✓ No
                                                     Date

**REVIEW OF EMERGENCY MEDICAL CARE:**

Was death related to a medical emergency   ✓ Yes    ____No

Response to medical emergency              (b)(5)

notification timely
Physician

Physician Assistant
Nurse Practitioner

Nurse(s)

Emergency Medical Techs

Others

CPR                                        (b)(5)

ACLS List protocol (s) used (if appropriate)   ____Yes   ____No   ✓ NA

Problems encountered during medical emergency, e.g.,   (b)(5)
equipment, communications, transportation.
Describe briefly:   none

Providers responding maintain current certification / credentials in   ✓ Yes   ____No   ____NA
BCLS, ACLS (if required)

**SUMMARY REVIEW:**

8/24/2017 inmate admitted to FCI ALI from US Marshall Robert A Dayton Detention Center (RADC). Known medical conditions at the time of arrival were well controlled hypertension, anxiety, and hypercholesterolemia. Medications Amlodipine, Hydrochlrothiazide, Nortriptyline, Naproxen, and Senna. Prisoner In Transit Medical Summary did not list a Tuberculin Skin Test (TST) reading. A chest X-Ray dated 7/26/2017, documented as negative. On 8/26/2017, the TST result was 0mm. On 08/31/2017, she attended a sick call visit for anxiety, panic attack, hypertension, migraine, hot flashes and request for lower bunk and a soft shoe pass. No immediate treatment was required, she was scheduled to be seen by the clinician. 9/28/2017, she was released on a WRIT. On 3/07/2018 she returned to FCI ALI from RADC. Medical conditions were well controlled Hypertension, migraines, hot flashes and hx of +TST. 3/10/2018 TST 24mm. 3/12/18, screened for +TST, CXR ordered. Labs pending, scheduled for eval by physician. 3/15/18 c/o skin rashes related to TST, no findings other than intense reaction.3/19/18 sick call for cold and flu symptoms 98.3, 113 HR, R16, 121/78, 97%, 164 lb. Assess=cold symptoms, OTC, RTC. Optometrist dx with age-related cataract, far sighted. 3/21/2018, 0808 Unit Officer called nurse reported the inmate was c/o abdominal pain and bloody nose, instructed to have the inmate report to medical. Medical Emergency was called at 0814, CPR initiated, medical staff arrived at 0815, 0819 ambulance called, arrived at 0840 cardiac arrest. Time of Death 0936 local ER.

5

Documentation in medical record reviewed by Mortality Review Committee and found to be within acceptable limits. If no, describe _____

(b)(5)

_____
_____
_____
_____
_____

Did patient receive appropriate and adequate health care, consistent with community standards, during his incarceration in the Federal Bureau of Prisons?  If no, explain

(b)(5)

_____
_____
_____
_____
_____

State any strengths and weaknesses that existed:

(b)(5)

27. Recommendation(s) if any.

(b)(5)

6

28. Attachments:

    ✓ 1. Medical Record            3. Death Certificate

    ___ 2. Narrative Summary      4. Autopsy Report

    ___ 5. Other Documents as appropriate (list) _____

ALL INFORMATION CONTAINED IN THIS REPORT IS EXEMPT AND TO BE CONSIDERED FOR REVIEW/VIEWING ON A NEED TO KNOW BASIS ONLY.

REVIEW COMMITTEE:

_A. Thompson_ , A-W, (M)

(b)(6); (b)(7)(C)

_____ , HSA

_____ , D of N

(b)(6); (b)(7)(C)

_____ , (CD)

_____ , QAC

_____ , PA

7

PDF          Prescribed by P6013

## OFFICE OF THE REGIONAL DIRECTOR

Comments:
— Agree with Institution MRC
— Disagree with Inst. MRC

Recommendations or Action taken:

_____    _____
Regional HSA                       Date

_____    _____
Regional Director                  Date

PDF                                Prescribed by P6013

OFFICE OF QUALITY MANAGEMENT

Comments:

________________________________________

Signature of Review Committee Member