# United States District Court
# for the District of Columbia

Reason Foundation,

       *Plaintiff*,

v.

Federal Bureau of Prisons, et al.,

       *Defendants*.

Civil Action No. 23-cv-0440 (CRC)

## Plaintiff Reason Foundation's Response to Defendants' Statement of Material Facts Not In Genuine Dispute

As this is a FOIA case and the record is clear, Defendants' Statements of Material Facts ¶¶ 1- 12 are not disputed. Plaintiff adopts those facts in support of its Cross Motion for Summary Judgment.

Dated: February 22, 2023

Respectfully submitted,

     */s/ Deborah M. Golden*
Deborah M. Golden, D.C. Bar #470578
The Law Office of Deborah M. Golden
700 Pennsylvania Ave. SE, 2nd Floor
Washington, D.C. 20003
Telephone: (202) 630-0332
dgolden@debgoldenlaw.com

*Counsel for Plaintiff Reason Foundation*